```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    IVAN LINGHON DELACRUZ
 6

 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IVAN LINGHON DELACRUZ,<br><br>　　　　　Defendant.<br>_____ | Case No. 12-132 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE TO JUNE 25, 2012, AT 9:30 A.M.<br><br>Date:　June 4, 2012<br>Time:　9:30 a.m.<br>Judge: William B. Shubb |

　　　THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for June 4, 2012, at 9:30 a.m., and reset it for June 25, 2012, at 9:30 a.m.

　　　Counsel for defendant requires further time to review discovery, to confer with client, and to prepare.

　　　The parties further stipulate that the Court should exclude the period from the date of this order through June 25, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting

1

defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: May 30, 2012　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DANIEL BRODERICK
　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　/s/ M. Petrik
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MICHAEL PETRIK, Jr.
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorneys IVAN LINGHON DELACRUZ

Dated: May 30, 2012　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ M. Petrik for M. Prince
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MICHELLE PRINCE
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on June 25, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: May 30, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE