```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    IVAN LINGHON DELACRUZ
 6

 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 12-132 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER |
|  | ) CONTINUING STATUS CONFERENCE TO |
| v. | ) JULY 23, 2012, AT 9:30 A.M. |
|  | ) |
| IVAN LINGHON DELACRUZ, | ) Date:  June 25, 2012 |
|  | ) Time:  9:30 a.m. |
|  | ) Judge: William B. Shubb |
| Defendant. | ) |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for June 25, 2012, at 9:30 a.m., and reset it for July 23, 2012, at 9:30 a.m.

Counsel for defendant requires further time to review discovery, to confer with client, and to prepare.

The parties further stipulate that the Court should exclude the period from the date of this order through July 23, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting

1

defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: June 19, 2012  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M. Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys IVAN LINGHON DELACRUZ

Dated: June 19, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ M. Petrik for M. Prince
_____
MICHELLE PRINCE
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on July 23, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial. The status conference scheduled for June 25, 2012, at 9:30 a.m. is reset for July 23, 2012, at 9:30 a.m.

DATED: June 19, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2