```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    IVAN LINGHON DELACRUZ
 6

 7

 8              UNITED STATES DISTRICT COURT

 9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) Case No. CR. S-12-132 WBS
                                 )
12              Plaintiff,       ) STIPULATION AND [PROPOSED] ORDER
                                 ) CONTINUING STATUS CONFERENCE TO
13       v.                      ) SEPTEMBER 24, 2012, AT 9:30 A.M.
                                 )
14  IVAN LINGHON DELACRUZ,       ) Date:  July 23, 2012
                                 ) Time:  9:30 a.m.
15              Defendant.       ) Judge: William B. Shubb
                                 )
16                               )
    _____ )
17
```

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for July 23, 2012, at 9:30 a.m., and reset it for September 24, 2012, at 9:30 a.m.

Counsel for defendant requires further time to review discovery, to confer with client, and to conduct a forensic examination of computer.

The parties further stipulate that the Court should exclude the period from the date of this order through September 24, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

1

parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: July 17, 2012  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M. Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys IVAN LINGHON DELACRUZ

Dated: July 17, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ M. Petrik for M. Prince
_____
MICHELLE PRINCE
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on September 24, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial. The status conference scheduled for July 23, 2012, at 9:30 a.m. is reset for September 24, 2012, at 9:30 a.m.

DATED: July 18, 2012  _____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2