1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr. Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5
   Attorney for Defendant
6  IVAN LINGHON DELACRUZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   NO. 12-CR-0132 WBS
                                )
12              Plaintiff,      )   STIPULATION AND ORDER FOR
                                )   PROTECTIVE ORDER REGARDING
13     v.                       )   DEFENSE FORENSIC COMPUTER
                                )   EXAMINATION
14 IVAN LINGHON DELACRUZ,       )
                                )
15              Defendant.      )
                                )
16 _____)

17

18      IT IS HEREBY STIPULATED by and between the parties, through their

19 respective counsel, Michelle Prince, Assistant United States Attorney,

20 attorney for Plaintiff, and Michael Petrik, Assistant Federal

21 Defender, attorney for Mr. DelaCruz, as follows.

22      The parties ask the Court to approve the following proposed

23 protective order governing the defense expert's forensic examination

24 of computer data seized in this case.

25      In order to advise the defendant adequately, the defense case

26 requires a forensic evaluation by a knowledgeable expert of computer

27 hardware and other material the government alleges contain images of

28 child pornography.  The parties have agreed that the attached proposed

order should govern the defense examination of the computer media. They ask the Court to approve the proposed order.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ *Michael Petrik*

Dated: July 20, 2012                          _____
                                        MICHAEL PETRIK
                                        Assistant Federal Defender
                                        Attorney for IVAN DELACRUZ


                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ *Michael Petrik* for

Dated: July 20, 2012                          _____
                                        MICHELLE PRINCE
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## **O R D E R**

Pursuant to the parties' agreement, the Court approves the attached protective order.

IT IS SO ORDERED.

Dated: July 20, 2012

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr. Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    IVAN LINGHON DELACRUZ
 7
 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,    )   NO. CR S-12-0132 WBS
12                               )
              Plaintiff,         )   PROTECTIVE ORDER CONCERNING
13                               )   DIGITAL MEDIA SAID TO
         v.                      )   CONTAIN CHILD PORNOGRAPHY
14                               )
    IVAN LINGHON DELACRUZ,       )
15                               )
              Defendant.         )
16                               )
    _____)
17
18
19                            **O R D E R**
20       IT IS HEREBY ORDERED AS FOLLOWS:
21       1.   The Federal Bureau of Investigation agents shall make a
22  duplicate copy the hard drive and any other storage media available
23  for defense analysis.
24       2.   The duplicate copies of the hard drive and storage media
25  shall be made available for defense counsel, Michael Petrik, defense
26  paralegal, Julie Denny or another member of the defense team, and to
27  defendant's proposed expert, Marcus Lawson, or one of Mr. Lawson's
28  identified colleagues at Global CompuSearch LLC, to review at the
```

Sacramento High Tech Task Force offices in Sacramento for the purpose of preparing the defense of the above-entitled action. Mr. Lawson's identified colleagues are Josiah Roloff, Kevin Peden, Carol Peden, and James Goldman. The images on the hard drive and storage media shall not be viewed by any other person on behalf of the defense.

3. A private room will be provided for the defense examination. No Government agents will be inside the room during the examination.

4. The expert will be permitted to bring whatever equipment, books, or records he believes may be necessary to conduct the examination.

5. Neither the defense expert nor defense attorneys nor the defense paralegal shall remove the hard drive or other storage media from the confines of the law enforcement office.

6. With the exception of materials which would be considered child pornography under federal law (including visual depictions and data capable of conversion into a visual depiction), the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered. The expert will certify in writing (using the attached certification), that he has taken no materials which would be considered child pornography, or data capable of being converted into child pornography, under federal law, and that he has not caused any child pornography to be sent from the law enforcement premises by any means including by any electronic transfer of files.

7. Except when a defense expert fails to provide this certification, no Government agent, or any person connected with the Government, will examine or acquire in any fashion any of the items used by the expert in order to conduct the defense analysis. Should

a defense expert fail to certify that the expert has not copied or removed child pornography, or data capable of being converted into child pornography, Government agents may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

8. When the defense indicates that it is finished with its review of the copy of the hard drives, the drive(s) or other storage devices shall be "wiped" clean.

9. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED:

Dated: July 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE