```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    IVAN LINGHON DELACRUZ
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  Case No. 12-132 WBS
                                 )
12            Plaintiff,         )  STIPULATION AND [PROPOSED] ORDER
                                 )  CONTINUING STATUS CONFERENCE TO
13       v.                      )  NOVEMBER 5, 2012, AT 9:30 A.M.
                                 )
14  IVAN LINGHON DELACRUZ,       )  Date:  September 24, 2012
                                 )  Time:  9:30 a.m.
15                               )  Judge: William B. Shubb
              Defendant.         )
16                               )
    _____)
17
```

18    THE PARTIES STIPULATE, through their respective attorneys, that
19 the Court should vacate the status conference scheduled for September
20 24, 2012, at 9:30 a.m., and reset it for November 5, 2012, at 9:30 a.m.
21    Counsel for defendant requires further time to review discovery,
22 to confer with client, and to conduct a forensic examination of
23 computer.
24    The parties further stipulate that the Court should exclude the
25 period from the date of this order through November 5, 2012, when it
26 computes the time within which the trial of the above criminal
27 prosecution must commence for purposes of the Speedy Trial Act.  The

                                    1

parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: September 18, 2012          Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M. Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender
                                   Attorneys IVAN LINGHON DELACRUZ

Dated: September 18, 2012          BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M. Petrik for M. Prince
                                   _____
                                   MICHELLE PRINCE
                                   Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on November 5, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: September 18, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE