```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    IVAN LINGHON DELACRUZ
 6

 7
                     UNITED STATES DISTRICT COURT
 8
                     EASTERN DISTRICT OF CALIFORNIA
 9

10

11  UNITED STATES OF AMERICA,    )  Case No. 12-132 WBS
                                 )
12            Plaintiff,         )  STIPULATION AND [PROPOSED] ORDER
                                 )  CONTINUING STATUS CONFERENCE TO
13       v.                      )  NOVEMBER 26, 2012, AT 9:30 A.M.
                                 )
14  IVAN LINGHON DELACRUZ,       )  Date: November 5, 2012
                                 )  Time: 9:30 a.m.
15                               )  Judge: William B. Shubb
              Defendant.         )
16                               )
    _____)
17
```

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for November 5, 2012, at 9:30 a.m., and reset it for November 26, 2012, at 9:30 a.m.

Counsel for defendant requires further time to review discovery, to confer with client, and to conduct a forensic examination of computer.

The parties further stipulate that the Court should exclude the period from the date of this order through November 26, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

1

parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: October 30, 2012

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M. Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys IVAN LINGHON DELACRUZ

Dated: October 30, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ M. Petrik for M. Prince
_____
MICHELLE PRINCE
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on November 26, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial. The status conference is reset for November 26, 2012, at 9:30 a.m.

DATED:__October 30, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2